IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY JEAN GODDIN,
    Plaintiff,

vs.                                    CASE NO.: 3:11cv68/RV/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 23, 2011. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to remand (doc. 15) is GRANTED and the Commissioner's decision denying benefits is REVERSED.

3. This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4. Defendant is ordered to direct the Administrative Law Judge to further develop plaintiff's mental limitations and formulate a residual functional capacity that includes all of plaintiff's credible limitations.  The ALJ shall obtain additional vocational expert testimony and issue a new decision.

5. The clerk is directed to enter judgment for plaintiff and close the file.

DONE AND ORDERED this 22nd day of September, 2011.

>   /s/ *Roger Vinson*
>   ROGER VINSON
>   SENIOR UNITED STATES JUDGE