# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**BETTY JEAN GODDIN,**
    **Plaintiff,**

v.                                       Case No. 3:11cv68/RV/CJK

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant**.

## REPORT AND RECOMMENDATION

    This matter is before the court upon plaintiff's application for attorney's fees (doc. 19), filed pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and defendant's response (doc. 20).  Plaintiff's counsel requested reimbursement in the amount of $2,125.00 under the EAJA.  (Doc. 19, 1)  Plaintiff's counsel filed a time itemization accounting that shows 17.0 hours as the total time spent representing plaintiff in this court.  (Doc. 19-2)  In its response, defendant did not oppose the application for attorney's fees and requested that the court award fees under the EAJA in the amount of $2,125.00.  (Doc. 20, 1)  The court concludes that an award of attorney's fees is justified under the EAJA, in light of the Commissioner's agreement.

    The Commissioner asks that the fee be distributed in accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), but does not directly allege or show that plaintiff owes a debt to the United States.  Although *Ratliff* applies, the fee should be "paid directly to counsel as long as the Government is afforded an opportunity to offset any

preexisting debt owed by the plaintiff . . . ." *Meyer v. Astrue*, Civ. No. 09–3205 (MJD/LIB), 2011 WL 4036398, at *3 (D. Minn. 2011).

Accordingly, it is respectfully RECOMMENDED:

That the application for attorney's fees under the Equal Access to Justice Act (doc. 19) be GRANTED in the amount of $2,125.00, and the Commissioner be ordered to pay that amount to plaintiff's counsel. The Commissioner will follow *Astrue v. Ratliff*, but must make prompt payment of the amount due, as no showing of an outstanding federal debt has been made to date.

At Pensacola, Florida, this 30th day of January, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).