IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BETTY JEAN GODDIN,
    Plaintiff,

v.                                                         3:11cv68/RV/CJK

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.
_____

**ORDER**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 30, 2012. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a de novo determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's application for attorney's fees under the Equal Access to Justice Act (doc. 19) is GRANTED in the amount of $2,125.00, and the Commissioner is ordered to pay that amount to plaintiff's counsel. The

Commissioner will follow *Astrue v. Ratliff*, but must make prompt payment due, as no showing of an outstanding federal debt has been made to date.

DONE AND ORDERED this 2nd day of March, 2012.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES JUDGE